UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

RITA M. NASH                                                                                   PLAINTIFF

VS.                                                           CIVIL ACTION NO. 3:11-cv-731-CWR-LRA

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY                                         DEFENDANT

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson entered on July 15, 2013 and which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636 and Fed. Rule Civ. P. 72(b)(2), and this court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

SO ORDERED, this the 19th day of August, 2013.

s/Carlton W. Reeves
UNITED STATES DISTRICT JUDGE